# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAWN R. APLEY,

       Plaintiff,

v.

       Case No. 11-15469
       Hon. Gerald E. Rosen
       Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       March 29, 2013

       PRESENT: Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

    On January 29, 2013, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant in part Plaintiff Dawn R. Apley's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this matter to the Defendant Commissioner for further proceedings. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 29, 2013 Report and Recommendation (docket #15) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's April 30, 2012 motion for summary judgment (docket #11) is GRANTED IN PART, and that Defendant's June 29, 2012 motion for summary judgment (docket #13) is DENIED. In accordance with these rulings, this case will be remanded to the Defendant Commissioner for further proceedings consistent with the Magistrate Judge's R & R.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: March 29, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135